STERN & GOLDBERG
ALAN N. GOLDBERG (SBN 112836)
  agoldberg@sgattys.com
PETER TRAN (SBN 280016)
  ptran@sgattys.com
6345 Balboa Boulevard, Suite 200
Encino, California 91316
Telephone: (818) 758-3940
Facsimile: (818) 758-3950

Attorneys for Plaintiff
Vision Service Plan, a California corporation

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
  brad@benbrooklawgroup.com
STEPHEN M. DUVERNAY (SBN 250957)
  steve@benbrooklawgroup.com
400 Capitol Mall, Suite 2530
Sacramento, California 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904

Attorneys for Defendants
Nouveau Vision, Inc., a Washington corporation, and Timothy J. Sutich, an individual

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION SERVICE PLAN, a California not-for-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOUVEAU VISION, INC., a Washington corporation, TIMOTHY J. SUTICH, an individual and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-01049-TLN-KJN<br><br>**STIPULATED ORDER CONTINUING DISCOVERY CUTOFF AND EXPERT WITNESS DISCLOSURE DATES SET FORTH IN SECTIONS IV AND V OF THE PRETRIAL SCHEDULING ORDER** |

The parties hereby submit this proposed stipulated order to request a ninety (90) day extension of the discovery cutoff and expert witness disclosure dates

contained in Sections IV and V of the Pretrial Scheduling Order, dated August 25, 2016, in the above-entitled action:

This Stipulation is submitted by Plaintiff Vision Service Plan ("VSP" herein) and Defendants Nouveau Vision, Inc. ("Nouveau" herein) and Timothy J. Sutich ("Sutich" herein) (collectively referred to as "Defendants"), through their respective counsel of record, for approval of an approximate ninety (90) day extension to the discovery cutoff and expert witness disclosure dates. This request for an extension is made with reference to the following:

1. WHEREAS, the present discovery cutoff date in this Action is scheduled for August 28, 2017 and the expert witness disclosure date is October 26, 2017. The parties are not seeking by this Stipulation to extend the motion cutoff date, the Pretrial Conference, or the Trial dates. The extension sought herein will not impact these other dates.

2. WHEREAS, the parties have been diligently working together to complete discovery, including attempting to meet and confer to limit and resolve discovery issues. However, several factors have contributed to it being impractical to complete discovery by the scheduled discovery cutoff and expert witness disclosure dates. The parties therefore believe that good cause exists for a ninety (90) day extension to continue the discovery cutoff and expert witness disclosure dates contained in the Pretrial Scheduling Order.

3. Given the issues in this action, Plaintiff VSP has essentially approached discovery in three (3) phases: (1) obtain the records from Defendants; (2) to the extent Defendants do not have certain records, obtain the records from third parties; and (3) take the depositions of necessary parties and third parties.

4. WHEREAS, Plaintiff VSP served its initial discovery requests, containing interrogatories, requests for admissions, and document demands, upon Defendants Nouveau and Sutich on September 9, 2016, seeking information and records regarding, <u>inter alia</u>, Defendants' dealings with various third parties,

including various out-of-state optical laboratories.

5. WHEREAS, Defendants served their initial discovery responses on December 5, 2016 and their amended responses on February 27, 2017 and are still in the process of gathering additional information which had been requested by Plaintiff VSP in its First Set of Requests for Production. In connection therewith, Defendants asserted they did not have or were having a difficult time obtaining certain records relating to billing and payment information with third parties.

6. WHEREAS, Plaintiff VSP has issued various third party subpoenas to seek billing and payment information regarding their dealings with Defendants. Many of the third parties are located in Texas and Pennsylvania and there have been delays. For example, various delays have been encountered due to their out of state locations or their business having closed down. The delays include, but are not limited to, the following:

(a) Dr. Gordon Epstein, O.D., has since moved to Magnolia, Texas. Service was effectuated on May 2, 2017, but there has been a delay in him producing the relevant records which Plaintiff believes will be resolved shortly.

(b) Subpoenas were issued to Joseph Kasyan, Sue Kasyan, and Gary Burkett, who operated third party optical laboratories in Pennsylvania. However, there have been complications in effectuating service and amended Subpoenas were served.

(c) Salvatore Deluca, a principal of Opti-Rex, Inc., has claimed the business closed down and all of the medical records were removed and destroyed and that a new optical business was operating at that location. As such, Plaintiff will be issuing a deposition subpoena to Mr. Deluca. However, he has indicated he will not be cooperative.

7. WHEREAS, the parties have been cooperating to address these issues, and other discovery issues which have arisen.

8. WHEREAS, the parties are also exploring settlement possibilities.

9. WHEREAS, no previous continuance has been requested and the parties believe that the interests of justice will be served, and no parties will be prejudiced, by the granting of this continuance.

IT IS THEREFORE STIPULATED by and between Plaintiff VSP and Defendants Nouveau and Sutich, through their attorneys of record, that the discovery cutoff date be continued from August 28, 2017 to November 30, 2017 and the expert witness disclosure date be continued from October 26, 2017 to January 31, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 13, 2017  STERN & GOLDBERG

By: s/ Alan N. Goldberg
ALAN N. GOLDBERG
PETER TRAN
Attorneys for Plaintiff
Vision Service Plan, a California not-for-profit corporation

Dated: June 13, 2017  BENBROOK LAW GROUP, PC

By: s/ Stephen M. Duvernay
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY
Attorneys for Defendants
Nouveau Vision, Inc., a Washington corporation, and Timothy J. Sutich, an individual

## **ORDER**

The Court accepts the foregoing Stipulation. The discovery cutoff and expert witness disclosure dates set forth in Sections IV and V of the Pretrial Scheduling Order, dated August 25, 2016, shall be continued as follows:

1. The discovery cutoff date shall be continued from August 28, 2017 to November 30, 2017.

2. The expert witness disclosure date shall be continued from October 26, 2017 to January 31, 2018.

3. No other dates are being continued by this Order.

Dated: June 15, 2017

_____
Troy L. Nunley
United States District Judge